In re:

David L. Norris

Martha A. Norris

    Debtors

Case No. 23-02261-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 4

Date Rcvd: Jan 11, 2024        Form ID: ntcnfhrg        Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L. Norris, Martha A. Norris, 27 S. Hartman St., York, PA 17403-1805 |
| 5583094 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 5570226 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 5587161 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576579 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 18:50:23 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5569834 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 18:50:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5577387 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 18:50:27 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5569835 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:39 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5569836 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:29 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5569837 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:39 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5569838 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:23 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5569839 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2024 18:45:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5569840 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2024 18:45:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5569857 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 11 2024 18:45:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5571080 | | Email/Text: mrdiscen@discover.com | Jan 11 2024 18:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5569841 | | Email/Text: mrdiscen@discover.com | Jan 11 2024 18:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5569842 | | Email/Text: DSLBKYPRO@discover.com | Jan 11 2024 18:45:00 | Discover Student Loans, Attn: Bankruptcy, PO |

|  |  |  |
|---|---|---|
|  |  | Box 30948, Salt Lake City, UT 84130-0948 |
| 5570217 | + Email/Text: DSLBKYPRO@discover.com | |
|  | | Jan 11 2024 18:45:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 5569858 | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  | Jan 11 2024 18:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5582606 | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  | Jan 11 2024 18:45:00 | Jefferson Capital Systems, LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5569843 | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:19 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5573085 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
|  | Jan 11 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5569844 | Email/Text: PBNCNotifications@peritusservices.com | |
|  | Jan 11 2024 18:45:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5578004 | Email/PDF: resurgentbknotifications@resurgent.com | |
|  | Jan 11 2024 18:50:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5581129 | ^ MEBN | |
|  | Jan 11 2024 18:39:05 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5569845 | Email/Text: camanagement@mtb.com | |
|  | Jan 11 2024 18:45:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5574099 | + Email/Text: camanagement@mtb.com | |
|  | Jan 11 2024 18:45:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5569846 | + Email/Text: Unger@Members1st.org | |
|  | Jan 11 2024 18:45:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5581172 | Email/Text: Unger@Members1st.org | |
|  | Jan 11 2024 18:45:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola PA 17025-2431 |
| 5569847 | Email/Text: electronicbkydocs@nelnet.net | |
|  | Jan 11 2024 18:45:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5569861 | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  | Jan 11 2024 18:45:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5569859 | Email/Text: fesbank@attorneygeneral.gov | |
|  | Jan 11 2024 18:45:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5582628 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | Jan 11 2024 18:50:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5581202 | Email/Text: bnc-quantum@quantum3group.com | |
|  | Jan 11 2024 18:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5569848 | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:39 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5569849 | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:38 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5569850 | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:19 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5569851 | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5569852 | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:19 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5569853 | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | Jan 11 2024 18:50:19 | Synchrony/Car Care Napa, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5569854 | Email/Text: bncmail@w-legal.com | |
|  | Jan 11 2024 18:45:00 | Target Nb, C/O Financial & Retail Services |

| | | | | |
|---|---|---|---|---|
| | | | | Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5574711 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jan 11 2024 18:45:00 | Truist Bank, P.O. Box 85092, Richmond, VA 23285-5092 |
| 5573605 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jan 11 2024 18:45:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5569855 | | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jan 11 2024 18:45:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5569860 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | | |
| | | | Jan 11 2024 18:45:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5573943 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jan 11 2024 18:45:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5569862 | ^ | MEBN | | |
| | | | Jan 11 2024 18:40:03 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5569856 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jan 11 2024 18:50:19 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
| 5577472 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jan 11 2024 18:50:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| cr | *+ | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| cr | *+ | Truist Bank, P.O. Box 85092, Richmond, VA 23285-5092 |
| 5577473 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret P Shaffer | |
| | on behalf of Creditor Members 1st Federal Credit Union bshaffer@ssbc-law.com |
| Danielle Boyle-Ebersole | |

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Danielle Boyle-Ebersole

on behalf of Creditor M&T Bank dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

John Matthew Hyams

on behalf of Debtor 2 Martha A. Norris jmh@johnhyamslaw.com
acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com

John Matthew Hyams

on behalf of Debtor 1 David L. Norris jmh@johnhyamslaw.com
acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com

Michael Patrick Farrington

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Truist Bank ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David L. Norris,

**Debtor 1**

Martha A. Norris,

**Debtor 2**

Chapter 13

Case No. 1:23−bk−02261−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 7, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 14, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 11, 2024 |

ntcnfhrg (08/21)