UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID L. NORRIS and : CHAPTER 13
MARTHA A. NORRIS :
    Debtors :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
DAVID L. NORRIS and :
MARTHA A. NORRIS :
    Respondents : CASE NO.   1-23-bk-02261

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 11th day of January, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 – IRS Claim #1-1 not provided for.

    2. Failure to properly state the liquidation value in Section 1B of the plan.

    3. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. The plan is underfunded relative to claims to be paid.

    4. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

        a. Six-month Profit and Loss Statement.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097

BY: /s/Douglas R. Roeder  
      Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 22nd day of January, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire  
2023 N. 2nd Street, Suite 203  
Harrisburg, PA 17102

/s/Deborah A. DePalma  
Office of Jack N. Zaharopoulos  
Standing Chapter 13 Trustee