# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID L NORRIS<br>MARTHA A NORRIS | CASE NO: 23-02261<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/1/2024, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID L NORRIS
MARTHA A NORRIS

CASE NO: 23-02261

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/1/2024, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2024

_____

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-02261<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON APR 1 11-52-8 PST 2024 | ~~(U)LAKEVIEW LOAN SERVICING LLC~~ | ~~(D)LAKEVIEW LOAN SERVICING LLC~~ |

| ~~EXCLUDE~~ | | |
|---|---|---|
| ~~(U)LAKEVIEW LOAN SERVICING LLC CO MT BANK~~ | MT BANK<br>PO BOX 1508<br>BUFFALO NY 14240-1508 | MEMBERS 1ST FEDERAL CREDIT UNION<br>5000 MARKETPLACE WAY<br>ENOLA PA 17025-2431 |

| | ~~EXCLUDE~~ | |
|---|---|---|
| TRUIST BANK<br>PO BOX 85092<br>RICHMOND VA 23285-5092 | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |

| | | |
|---|---|---|
| CACH LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |

| | | |
|---|---|---|
| CITI CARDBEST BUY<br>ATTN CITICORP CR SRVS CENTRALIZED BANKR<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 | CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 | CITIBANKSEARS<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |

| | | |
|---|---|---|
| CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 | COMENITY BKULTA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |

| | | |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER STUDENT LOANS<br>ATTN BANKRUPTCY<br>PO BOX 30948<br>SALT LAKE CITY UT 84130-0948 |

| | | |
|---|---|---|
| DISCOVER STUDENT LOANS<br>PO BOX 30925<br>SALT LAKE CITY UT 84130-0925 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |

| | | |
|---|---|---|
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LAKEVIEW LOAN SERVICING LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO NY 14240-0840 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| ~~EXCLUDE~~<br>~~(D)MT BANK~~<br>~~PO BOX 1508~~<br>~~BUFFALO NY 14240-1508~~ | MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>5000 MARKETPLACE WAY<br>ENOLA PA 17025-2431 | ~~EXCLUDE~~<br>~~(D)MEMBERS 1ST FEDERAL CREDIT UNION~~<br>~~5000 MARKETPLACE WAY~~<br>~~ENOLA PA 17025-2431~~ |
| NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| SYNCBWALMART<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKHHGREGG<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKTJX<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONYCAR CARE NAPA<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| TD BANK USA NA<br>CO WEINSTEIN RILEY PS<br>1415 WESTERN AVE SUITE 700<br>SEATTLE WA 98101-2051 | TARGET NB<br>CO FINANCIAL RETAIL SERVICES MAILSTOP<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 | TRUIST BANK<br>ATTN SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND VA 23286-0001 |
| ~~EXCLUDE~~<br>~~(D)TRUIST BANK~~<br>~~PO BOX 85092~~<br>~~RICHMOND VA 23285-5092~~ | TRUISTBBT<br>ATTN BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>801 MARKET STREET<br>PHILADELPHIA PA 19107-3126 | (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG  PA  17102-1104~~

WELLS FARGO BANK NA
ATTN BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
FL 3
DES MOINES  IA  50301

WELLS FARGO BANK  NA  WELLS FARGO CARD SER
PO BOX 10438  MAC F823502F
DES MOINES  IA  50306-0438

WELLSPAN  HEALTH
P O BOX  15119
YORK  PA  17405-7119

~~EXCLUDE~~
~~DAVID L NORRIS~~
~~27 S HARTMAN ST~~
~~YORK  PA  17403-1805~~

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG  PA  17102-2151~~

~~EXCLUDE~~
~~MARTHA A NORRIS~~
~~27 S HARTMAN ST~~
~~YORK  PA  17403-1805~~