UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-02261 |
|---|---|
| DAVID L NORRIS<br>MARTHA A NORRIS | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/17/2024, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/17/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID L NORRIS<br>MARTHA A NORRIS | CASE NO: 23-02261<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/17/2024, a copy of the following documents, described below,

3rd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/17/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                                    EXCLUDE                                      EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING             (U)LAKEVIEW LOAN SERVICING  LLC              (D)LAKEVIEW LOAN SERVICING  LLC
NCRS ADDRESS DOWNLOAD
CASE 23-02261
MIDDLE DISTRICT OF PENNSYLVANIA
FRI MAY 17 11-5-10 PST 2024


EXCLUDE
(U)LAKEVIEW LOAN SERVICING   LLC CO MT       MT BANK                                      MEMBERS 1ST FEDERAL CREDIT UNION
BANK                                         PO BOX 1508                                  5000 MARKETPLACE WAY
                                             BUFFALO  NY 14240-1508                       ENOLA  PA 17025-2431


                                             EXCLUDE
TRUIST BANK                                  US BANKRUPTCY COURT                          (P)DEPARTMENT OF LABOR  INDUSTRY
PO BOX 85092                                 SYLVIA H RAMBO US COURTHOUSE                 ATTN OFFICE OF CHIEF COUNSEL
RICHMOND  VA 23285-5092                      1501 N 6TH STREET                            651 BOAS STREET 10TH FLOOR
                                             HARRISBURG  PA 17102-1104                    HARRISBURG PA 17121-0751


CACH  LLC                                    CAPITAL ONE                                  CAPITAL ONE NA
RESURGENT CAPITAL SERVICES                   ATTN BANKRUPTCY                              BY AMERICAN INFOSOURCE AS AGENT
PO BOX 10587                                 PO BOX 30285                                 PO BOX 71083
GREENVILLE  SC 29603-0587                    SALT LAKE CITY  UT 84130-0285                CHARLOTTE  NC  28272-1083


CITI CARDBEST BUY                            CITIBANK                                     CITIBANKSEARS
ATTN CITICORP CR SRVS CENTRALIZED BANKR      CITICORP CR SRVSCENTRALIZED BANKRUPTCY       CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040                                PO BOX 790040                                PO BOX 790040
SAINT LOUIS  MO 63179-0040                   SAINT LOUIS  MO 63179-0040                   SAINT LOUIS  MO 63179-0040


CITIBANKTHE HOME DEPOT                       COMENITY BKULTA                              COMENITYCAPITALBOSCOV
CITICORP CR SRVSCENTRALIZED BANKRUPTCY       ATTN BANKRUPTCY DEPT                         ATTN BANKRUPTCY DEPT
PO BOX 790040                                PO BOX 182125                                PO BOX 182125
SAINT LOUIS  MO 63179-0040                   COLUMBUS  OH 43218-2125                      COLUMBUS  OH 43218-2125


DISCOVER BANK                                DISCOVER FINANCIAL                           DISCOVER STUDENT LOANS
DISCOVER PRODUCTS INC                        ATTN BANKRUPTCY                              ATTN BANKRUPTCY
PO BOX 3025                                  PO BOX 3025                                  PO BOX 30948
NEW ALBANY  OH  43054-3025                   NEW ALBANY  OH 43054-3025                    SALT LAKE CITY  UT 84130-0948


DISCOVER STUDENT LOANS                       INTERNAL REVENUE SERVICE                     JPMORGAN CHASE BANK  NA
PO BOX 30925                                 PO BOX 7346                                  SBMT CHASE BANK USA  NA
SALT LAKE CITY  UT 84130-0925                PHILADELPHIA  PA 19101-7346                  CO NATIONAL BANKRUPTCY SERVICES  LLC
                                                                                          PO BOX 9013
                                                                                          ADDISON  TEXAS 75001-9013


(P)JEFFERSON CAPITAL SYSTEMS LLC             (P)JPMORGAN CHASE BANK  N A                  KOHLSCAPITAL ONE
PO BOX 7999                                  BANKRUPTCY MAIL INTAKE TEAM                  ATTN CREDIT ADMINISTRATOR
SAINT CLOUD MN 56302-7999                    700 KANSAS LANE FLOOR 01                     PO BOX 3043
                                             MONROE LA 71203-4774                         MILWAUKEE  WI 53201-3043
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LAKEVIEW LOAN SERVICING LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO NY 14240-0840 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| ~~EXCLUDE~~<br>~~(D)MT BANK~~<br>~~PO BOX 1508~~<br>~~BUFFALO NY 14240-1508~~ | MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>5000 MARKETPLACE WAY<br>ENOLA PA 17025-2431 | ~~EXCLUDE~~<br>~~(D)MEMBERS 1ST FEDERAL CREDIT UNION~~<br>~~5000 MARKETPLACE WAY~~<br>~~ENOLA PA 17025-2431~~ |
| NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| SYNCBWALMART<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKHHGREGG<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKTJX<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONYCAR CARE NAPA<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| (P)TD BANK USA N A<br>ATTN CO WEINSTEIN RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 | TARGET NB<br>CO FINANCIAL RETAIL SERVICES MAILSTOP<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 | TRUIST BANK<br>ATTN SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND VA 23286-0001 |
| ~~EXCLUDE~~<br>~~(D)TRUIST BANK~~<br>~~PO BOX 85092~~<br>~~RICHMOND VA 23285-5092~~ | TRUISTBBT<br>ATTN BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 |
| (P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG  PA 17102-1104~~

WELLS FARGO BANK NA
ATTN BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
FL 3
DES MOINES  IA 50301

WELLS FARGO BANK  NA  WELLS FARGO CARD
SER
PO BOX 10438  MAC F823502F
DES MOINES  IA  50306-0438

WELLSPAN  HEALTH
P O BOX  15119
YORK  PA 17405-7119

~~EXCLUDE~~
~~DAVID L NORRIS~~
~~27 S HARTMAN ST~~
~~YORK  PA 17403-1805~~

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG  PA 17102-2151~~

~~EXCLUDE~~
~~MARTHA A NORRIS~~
~~27 S HARTMAN ST~~
~~YORK  PA 17403-1805~~