United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02261-HWV |
| David L. Norris | Chapter 13 |
| Martha A. Norris | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf010 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5577473 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 18:42:59 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5587161 | Email/Text: bankruptcynotification@wellspan.org | Aug 27 2024 18:40:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Members 1st Federal Credit Union bshaffer@ssbc-law.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Lakeview Loan Servicing LLC c/o M&T Bank dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor M&T Bank dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | |

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

John Matthew Hyams

on behalf of Debtor 1 David L. Norris jmh@johnhyamslaw.com
acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

John Matthew Hyams

on behalf of Debtor 2 Martha A. Norris jmh@johnhyamslaw.com
acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Michael H Kaliner

on behalf of Creditor M&T Bank mkaliner@orlans.com

Michael H Kaliner

on behalf of Creditor Lakeview Loan Servicing LLC mkaliner@orlans.com

Michele Bradford

on behalf of Creditor Lakeview Loan Servicing LLC mbradford@orlans.com, PABKAttorneyecf@orlans.com

Michele Bradford

on behalf of Creditor M&T Bank mbradford@orlans.com PABKAttorneyecf@orlans.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Truist Bank wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| DAVID L NORRIS | : CASE NO. 1:23-bk-02261-HWV |
| MARTHA A NORRIS | : |
| | : |
| Debtors | : |
| | : |
| JACK N. ZAHAROPOULOS, TRUSTEE | : |
| Objectant | : |
| | : |
| vs. | : |
| | : |
| WELLSPAN HEALTH | : |
| | : |
| | : |
| Claimant | : |

## ORDER

Upon consideration of the Trustee's Objection to Claim #33 filed by Wellspan Health, Doc. 60, and following Notice to the Claimant and allowing an opportunity to respond, and no response having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #33 filed by Wellspan Health is deemed untimely filed.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 27, 2024