United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                            Case No. 23-02261-HWV

David L. Norris                          Chapter 13

Martha A. Norris

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                    Page 1 of 2

Date Rcvd: Feb 04, 2025                 Form ID: trc                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5570217 | + Email/Text: DSLBKYPRO@discover.com | | |
| | | Feb 04 2025 18:45:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Members 1st Federal Credit Union bshaffer@ssbc-law.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Lakeview Loan Servicing  LLC c/o M&T Bank dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor M&T Bank dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |

Denise E. Carlon
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                    TWecf@pamd13trustee.com

John Matthew Hyams
                    on behalf of Debtor 1 David L. Norris jmh@johnhyamslaw.com
                    acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

John Matthew Hyams
                    on behalf of Debtor 2 Martha A. Norris jmh@johnhyamslaw.com
                    acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Michael H Kaliner
                    on behalf of Creditor Lakeview Loan Servicing  LLC mkaliner@orlans.com

Michael H Kaliner
                    on behalf of Creditor M&T Bank mkaliner@orlans.com

Michele Bradford
                    on behalf of Creditor Lakeview Loan Servicing  LLC mbradford@orlans.com, PABKAttorneyecf@orlans.com

Michele Bradford
                    on behalf of Creditor M&T Bank mbradford@orlans.com  PABKAttorneyecf@orlans.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
                    on behalf of Creditor Truist Bank wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 14

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:23-bk-02261-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

David L. Norris
27 S. Hartman St.
York PA 17403

Martha A. Norris
27 S. Hartman St.
York PA 17403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/04/2025.

Name and Address of Alleged Transferor(s):

Claim No. 4: Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130

Name and Address of Transferee:

OSLT
c/o Firstmark Services
PO Box 82522
Lincoln, NE  68501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/06/25

Terrence S. Miller

**CLERK OF THE COURT**